Matt WENTHOLD, Plaintiff–Appellant

v.

**CITY OF FARMERS BRANCH, TEXAS; Tim O'Hare, Defendants–Appellees.**

No. 12–10278.

United States Court of Appeals, Fifth Circuit.

March 7, 2013.

William Wayne Krueger, III, Esq., Kevin Michael Curley, Esq., McKamie Krueger, L.L.P., Richardson, TX, for Defendants–Appellees.

George Breffney Ternan, Charles Dunham Biles, Esq., Bickel & Brewer, Dallas, TX, for Plaintiff–Appellant.

Before JONES, BARKSDALE, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5th Circuit Rule 47.6.

---

the limited circumstances set forth in 5TH CIR R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.